## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT LEE MORGAN,<br><br>           Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; LEXISNEXIS RISK SOLUTIONS, INC.; and WELLS FARGO BANK, N.A.,<br><br>           Defendants. | Case No. 3:23-cv-00518-MPS<br><br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Robert Lee Morgan and Defendant Experian Information Solutions, Inc. ("Experian"), have resolved the claims between them in this matter. The Parties are in the process of finalizing the terms and performance attendant to that resolution. The Parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as to Defendant Experian only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

| | |
|---|---|
| Dated: April 12, 2024 | */s/ Levi Y. Eidelman* <br> Levi Y. Eidelman, PHV No. 207347 <br> *admitted pro hac vice* <br> **CONSUMER ATTORNEYS** <br> 300 Cadman Plaza W, 12th Floor, Ste. 12049 <br> Brooklyn, NY 11201 <br> T: (718) 360-0763 <br> F: (718) 715-1750 <br> E: leidelman@consumerattorneys.com <br><br> Yaakov Saks, Esq., Bar No. ct30021 <br> **STEIN SAKS, PLLC** <br> One University Plaza, Suite 620 <br> Hackensack, NJ 07601 <br> T: (201) 282-6500 ext. 101 <br> F: (201) 282-6501 <br> E: ysaks@steinsakslegal.com <br><br> *Attorneys for Plaintiff Robert Lee Morgan* |

### CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Sierra M. Stewart*
Sierra M. Stewart