UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT LEE MORGAN,<br><br>                           Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; LEXISNEXIS RISK SOLUTIONS, INC.; and WELLS FARGO BANK, N.A.,<br><br>                           Defendants. | Case No. 3:23-cv-00518-MPS<br><br>**JOINT STATUS REPORT** |

      Pursuant to this Court's Order (Docket No. 129), Plaintiff Robert Lee Morgan ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (together, the "Parties") hereby submit this Joint Status Report regarding the status of resolution of Plaintiff's claims and state as follows:

      1.     Plaintiff filed his Notice of Settlement (Docket No. 128) as to Experian on April 12, 2024.

      2.     The Parties continue to cooperate in good faith in relation to the Parties' settlement but require additional time to consummate the settlement.

      3.     As such, the Parties respectfully request that this Court grant an extension up to and including 45 days, to file a stipulation or motion for dismissal.

Respectfully submitted this 29th day of May 2024.

| | |
|---|---|
| */s/ Levi Y. Eidelman* <br> Levi Y. Eidelman\*, PHV No. 207347 <br> **CONSUMER ATTORNEYS** <br> 300 Cadman Plaza W 12th Floor, Ste. 12049 <br> Brooklyn, NY 11201 <br> T: (718) 360-0763 <br> F: (718) 715-1750 <br> E: leidelman@consumerattorneys.com <br><br> Yaakov Saks, Esq., Bar No. ct30021 <br> **STEIN SAKS, PLLC** <br> One University Plaza, Suite 620 <br> Hackensack, NJ 07601 <br> T: (201) 282-6500 ext. 101 <br> F: (201) 282-6501 <br> E: ysaks@steinsakslegal.com <br><br> *Attorneys for Plaintiff Robert Lee Morgan* <br><br><br> \* Admitted *pro hac vice* | */s/ H. Cole Hassay* <br> Henry Cole Hassay <br> **JONES DAY** <br> 325 John H. McConnell Boulevard <br> Columbus, OH 43215 <br> T: (614) 469-3939 <br> E: hhassay@jonesday.com <br><br> Victoria Dorfman\* <br> **JONES DAY** <br> 51 Louisiana Avenue NW <br> Washington, DC 20001 <br> T: (202) 879-3687 <br> E: vdorfman@jonesday.com <br><br> Ann H. Rubin <br> Todd Raymond Michaelis <br> **CARMODY TORRANCE SANDAK & HENNESSEY, LLP** <br> 195 Church Steet, 18th Floor <br> New Haven, CT 06509 <br> T: (203) 573-1200; (203) 578-4287 <br> E: arubin@carmodylaw.com; tmichaelis@carmodylaw.com <br><br> *Counsel for Defendant* <br> *Experian Information Solutions, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Brianna Frohman*