# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT LEE MORGAN,<br><br>                        Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; LEXISNEXIS RISK SOLUTIONS, INC.; and WELLS FARGO BANK, N.A.,<br><br>                        Defendants. | Case No. 3:23-cv-00518-MPS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Robert Lee Morgan and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Experian only.

Dated: June 4, 2024

*/s/ Levi Y. Eidelman*
Levi Y. Eidelman, PHV No. 207347
*admitted pro hac vice*
**CONSUMER ATTORNEYS**
300 Cadman Plaza W, 12th Floor, Ste. 12049
Brooklyn, NY 11201
T: (718) 360-0763
F: (718) 715-1750
E: leidelman@consumerattorneys.com

Yaakov Saks, Esq., Bar No. ct30021
**STEIN SAKS, PLLC**
One University Plaza, Suite 620
Hackensack, NJ 07601
T: (201) 282-6500 ext. 101
F: (201) 282-6501
E: ysaks@steinsakslegal.com

*Attorneys for Plaintiff Robert Lee Morgan*

2

*s/ H. Cole Hassay*
Henry Cole Hassay
JONES DAY
325 John H. McConnell Boulevard
Columbus, OH 43215
T: (614) 469-3939
E: hhassay@jonesday.com

Victoria Dorfman*
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
T: (202) 879-3687
E: vdorfman@jonesday.com

Ann H. Rubin
Todd Raymond Michaelis
CARMODY TORRANCE SANDAK &
HENNESSEY, LLP
195 Church Steet, 18th Floor
New Haven, CT 06509
T: (203) 573-1200; (203) 578-4287
E: arubin@carmodylaw.com;
tmichaelis@carmodylaw.com

Counsel for Defendant
Experian Information Solutions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Brianna Frohman*